IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 120-026 |
| | ) | |
| KELVIN HOWARD | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 188, 193, 196.) Along with objections, Defendant filed motions asking for permission to add evidence to the record and for the Court to conduct additional hearings concerning his pretrial motions. (Doc. nos. 179, 186, 190, 192.) The Court **DENIES** these motions because Defendant has had ample opportunity to present evidence and make arguments concerning all substantive pretrial motions. (Doc. nos. 179, 186, 190, 192.) Therefore, the Government's motion to dismiss Defendant's evidentiary motion is **MOOT**. (Doc. no. 198.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Defendant's Motions for Dismissal of the Indictment for Selective Prosecution, (doc. no. 92, pp. 11, 14-16; doc. no. 93), **DENIES** Defendant's Motion to Suppress the Statements of Officer Cecil Ridley, (doc. nos. 121, 127), **DENIES** Defendant's Motion for Dismissal of the Indictment for Speedy Trial Act violations (doc. no. 92, p. 11), and **DENIES** Defendant's Motions for Dismissal of the Indictment/Suppression of the Evidence, (doc. no. 92, pp. 7-9; doc. nos. 94, 120, 122, 124, 128, 130, 134).

Additionally, as discussed in the Order dated December 13, 2021, (doc. no. 184, pp. 4-6), in light of the broad assurances made by the government regarding production of discovery and Defendant's failure to specify any alleged omissions in the discovery, the Court **DENIES** Defendant's Motion for Disclosure of Reports of Examinations and Tests. (Doc. no. 52).

SO ORDERED this __16th__ day of February, 2022, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA