IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
UNITED STATES OF AMERICA      *
                              *
         v.                   *     CR 120-026
                              *
KELVIN LARON HOWARD.          *
```

**O R D E R**

Presently before the Court are Defendant Kelvin Laron Howard's "Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis" which the Court construes as a motion to appeal *in forma pauperis* ("IFP") (Doc. 210), motions for reconsideration (Docs. 213, 219, 221), and motion for status (Doc. 220).

**I. MOTION TO APPEAL IFP**

On February 16, 2022, the Court adopted the Report and Recommendation ("R&R") of United States Magistrate Judge Brian K. Epps, denying a multiplicity of motions filed by Defendant. (Doc. 203.) The Magistrate Judge had previously denied numerous other motions. (Doc. 184.) Defendant filed an interlocutory appeal of those denials (Doc. 211) and now seeks to proceed IFP (Doc. 210). Defendant's appeal, however, is frivolous, so his motion is **DENIED**.

Federal Rule of Appellate Procedure 24(a)(3) states that "[a] party . . . who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal [IFP] without further authorization . . . ". But this prior

authorization rule is restricted when the district court "certifies that the appeal is not taken in good faith," "finds that the party is not otherwise entitled to proceed [IFP]," or "a statute provides otherwise." FED. R. APP. P. 24(a)(3). An appeal is not taken in good faith if it seeks to advance a frivolous claim or argument. See Coppedge v. United States, 369 U.S. 438, 445 (1962). A claim is frivolous "if it is without arguable merit either in law or fact." Napier v. Preslicka, 314 F.3d 528, 531 (11th Cir. 2002), overruled on other grounds by Hoever v. Marks, 993 F.3d 1352 (11th Cir. 2021) (internal quotations and citation omitted). In other words, "[a] claim or argument is frivolous when it appears the factual allegations are clearly baseless or the legal theories are indisputably meritless." United States v. Keating, No. 2:12cr23, 2018 WL 10809628, at *1 (S.D. Ga. Nov. 7, 2018) (citations omitted).

Defendant provides no reasons for his appeal in the pending IFP motion or his notice of appeal. However, the motions Defendant appeals were frivolous in the first instance. Defendant has failed to state a valid claim for selective prosecution. (Doc. 182, at 10-11.) As the Court previously noted, Defendant failed to show the existence of any other similarly situated person who has not been prosecuted. (Id.) His other argument on appeal, that Investigator Charles Kaminer offered perjured testimony and false information, "fl[ies] in the face of the record evidence" and is baseless. (Id. at 12-17.) Since his claims are meritless,

2

Defendant's appeal is frivolous; therefore, his motion to appeal IFP is **DENIED**.

## II. MOTIONS FOR RECONSIDERATION AND MOTION FOR STATUS

Defendant also seeks reconsideration of the Court's February 16, 2022 Order adopting the Magistrate Judge's R&R (Docs. 213, 219, 221) and the status of his reconsideration motions (Doc. 220). Defendant has appealed the Court's February 16, 2022 Order to the Court of Appeals. (Doc. 211.) Accordingly, the Court is without jurisdiction to consider Defendant's motions for reconsideration and they are **DENIED AS MOOT**. See United States v. Rogers, 788 F.2d 1472, 1475 (11th Cir. 1986) ("The filing of a notice of appeal normally divests the district court of jurisdiction over matters concerned in the appeal and transfers jurisdiction over those matters to the court of appeals.").

For the reasons explained above, **IT IS HEREBY ORDERED** that Defendant's motion to appeal IFP (Doc. 210) is **DENIED** and Defendant's motions for reconsideration (Docs. 213, 219, 221) and motion for status (Doc. 220) are **DENIED AS MOOT**. The Clerk is **DIRECTED** to **TRANSMIT** this Order to the Eleventh Circuit Court of Appeals.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of April, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA