IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | Case No. CR 120-026 |
| | ) | |
| | ) | Appeal No. 22-10629-J |
| KELVIN LARON HOWARD, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

O R D E R

The interlocutory appeal in the above-styled action having been dismissed for lack of jurisdiction by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED,** this _10th_ day of _June_, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA