UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISIONS

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR120-026, USA v. Howard |
| | ) | CR121-013, USA v. Dinh |
| LEAVE OF ABSENCE REQUEST | ) | CR122-090, USA v. Fields, et al |
| | ) | CR122-114, USA v. Wright, et al |
| | ) | CR123-024, USA v. Henderson |
| PATRICIA G. RHODES | ) | CR123-025, USA v. Wilson |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Patricia G. Rhodes** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Patricia G. Rhodes** be granted leave of absence for the following period: August 28, 2023 through September 1, 2023.

SO ORDERED, this 10th day of July, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA