IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 120-026 |
| | * | |
| KELVIN LARON HOWARD. | * | |

**O R D E R**

Before the Court are Defendant's motion for an order directing retention at Jefferson County Jail for at least sixty days (Doc. 373), motion for sentencing transcripts (Doc. 380), and motion for an order preventing redaction of transcripts (Doc. 407). For the following reasons, Defendant's motions are **DENIED AS MOOT**.

On May 29, 2024, Defendant filed a motion seeking retention at Jefferson County Jail for sixty days to prepare his appeal. (Doc. 373.) As this motion was filed nearly eleven months ago, the sixty-day window has long since passed and his appeal has since been filed (Doc. 376). Moreover, his substantively similar motion filed on July 8, 2024, requesting on order directing retention for sixty *more* days, which the Court denied (Doc. 401), suggests he remained at Jefferson County Jail during the relevant timeframe. (See Doc. 390.) Accordingly, Defendant's motion for an order directing his retention at Jefferson County Jail for sixty days (Doc. 373) is **DENIED AS MOOT**.

On June 7, 2024, Defendant filed a motion requesting a copy of sentencing transcripts recorded on May 29, 2024.  (Doc. 380.)  The relevant transcript was filed on the record on July 25, 2024 (Doc. 397) and mailed to Plaintiff on July 26, 2024.  Because the requested transcripts have been provided to Defendant, Defendant's motion for the sentencing transcripts (Doc. 380) is **DENIED AS MOOT.**

On August 22, 2024, Defendant filed a motion for an order preventing the redaction of transcripts.  (Doc. 407.)  The motion specifically references Documents 395 and 396 on the record; the August 9, 2021 hearing transcript; the May 29, 2021 sentencing hearing transcript; and the trial transcript.  (Id. at 4.)  On September 3, 2024, the Government filed a notice asserting the motion was moot because no redactions had been made.  (Doc. 410.)  A thorough review of each of the transcripts referenced shows there are no redactions.  (See Doc. 163; Doc. 363; Doc. 395; Doc. 396; Doc. 397.)  As such, Defendant's motion for an order preventing redactions of the transcripts (Doc. 407) is **DENIED AS MOOT.**

For the foregoing reasons, **IT IS HEREBY ORDERED** that Defendant's motion for an order directing retention at Jefferson County Jail (Doc. 373), motion for sentencing transcripts (Doc. 380), and motion for an order preventing redaction of transcripts (Doc. 407) are **DENIED AS MOOT.**

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of April, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA